

DONALD DARTT, OSB #890392
Attorney at Law
donalddartt@comcast.net
521 SW Clay Street
Portland, OR 97210
Telephone: (503) 221-1907
Facsimile: (503) 226-1321
Attorney for Plaintiff Robert White

FILED'10 APR 21 15:07USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| ROBERT WHITE | Civ. No. CV'10-3035 CL |
| Plaintiff, | COMPLAINT: CIVIL RIGHTS |
| v. | VIOLATIONS |
| JEFF ILES and MIKE MASON | (42 U.S.C. Sec. 1983) |
| Defendants. | DEMAND FOR JURY TRIAL |

## I. INTRODUCTION

1.1 Plaintiff seeks compensatory and punitive damages for violation of his right to be free from

1- **COMPLAINT: CIVIL RIGHTS VIOLATIONS (42 U.S.C. Sec. 1983) DEMAND FOR JURY TRIAL**

#37956

Donald Dartt
521 SW Clay Street
Telephone (503) 221-1907
Fax (503) 226-1321

unlawful and unreasonable search and seizure guaranteed by the Fourth Amendment to the United States Constitution.

## II. JURISDICTION

2.1 Jurisdiction exists for plaintiff's claims pursuant to 28 U.S.C. Sec. 1331 and 1343.

## III. PARTIES

3.1 Plaintiff is a resident of the city of Cave Junction, in Josephine County, Oregon.

3.2 Defendants were at all material times employed as deputies of the Josephine County Sheriff's Office, and were acting under the color of state law.

## IV. FACTUAL ALLEGATIONS

4.1 On April 26, 2008, defendants came to the home of plaintiff Robert White.

4.2 Defendant Mason unlawfully entered and searched plaintiff's home. Defendant Mason found no evidence of a crime having been committed.

4.3 Defendants subsequently arrested plaintiff in his home without probable cause.

## V. CLAIMS FOR RELIEF

5.1 Defendants' conduct was in violation of plaintiff's right to be free of unreasonable search and seizure, guaranteed by the Fourth Amendment to the United States Constitution, for which he seeks compensation pursuant to 42 U.S.C. Sec. 1983.

## VI. PRAYER FOR RELIEF

6.1 Plaintiff prays for judgment against defendants for compensatory and punitive damages in an amount to be determined at trial.

2- COMPLAINT: CIVIL RIGHTS VIOLATIONS (42 U.S.C. Sec. 1983) DEMAND FOR JURY TRIAL

Donald Dartt
521 SW Clay Street
Telephone (503) 221-1907
Fax (503) 226-1321

6.2  Plaintiff further prays for reasonable attorney fees, and his costs incurred herein.

Plaintiff requests a jury trial.

                                                DONALD DARTT
                                                OSB #890392
                                                Attorney for Plaintiff

3- COMPLAINT: CIVIL RIGHTS VIOLATIONS  (42 U.S.C. Sec. 1983) DEMAND FOR JURY TRIAL

                                                Donald Dartt
                                              521 SW Clay Street
                                        Telephone (503) 221-1907
                                            Fax (503) 226-1321